# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSWALD HERNANDEZ MARADIAGA, | No. CV 08-4356-R(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| JAMES D. HARTLY (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED: July 10, 2008

MANUEL L. REAL
United States District Judge